UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAN ANTONUK and
MONIQUE ANTONUK,

    Plaintiffs,

v.                            Case No. 8:10-cv-784-T-23TBM

KRISTI MITCHELL, SCOTT MITCHELL,
JOHN LINDEN, and MELISSA LINDEN,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on November 19, 2010, with additional discussions in the following weeks. Plaintiffs and their trial counsel, and Defendants, their trial counsel and insurance representatives attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been completely settled.</u>

Done December 9, 2010 in Tampa, Florida.

                              Respectfully submitted,

                              <u>/s/ Peter J. Grilli</u>
                              Peter J. Grilli, Esq.
                              Florida Bar No. 237851
                              Mediator
                              3001 West Azeele Street
                              Tampa, Florida 33609
                              813.874.1002   Fax: 813.874.1131
                              email: meditr@aol.com

I HEREBY CERTIFY that December 9, 2010 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.