UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAN ANTONUK and
MONIQUE ANTONUK,

    Plaintiffs,

v.                                    CASE NO: 8:10-cv-784-T-23TBM

KRISTI MITCHELL; SCOTT MITCHELL;
JOHN LINDEN; and MELISSA LINDEN,

    Defendants.
_____/

## **ORDER**

The mediator reports (Doc. 42) that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty (60) days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on December 10, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE